# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salvador Vazquez,<br><br>    Plaintiff,<br><br>v.<br><br>Century Communities Inc., et al.,<br><br>    Defendants. | No. CV-24-00191-PHX-SRB<br><br>**ORDER** |

On April 17, 2024, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

Dated this 23rd day of May, 2024.

_____
Susan R. Bolton
United States District Judge